# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Michael B. | U.S. Bankruptcy Court | 06/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

241 Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608-1507

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Rutgers University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Open ended | Thomson Rueters Publishing Agreement, 5% royalty on sales of Consumer Bankruptcy Manual |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Rutgers-Salary | $4,919.00 |
| 2. 2018 | West Services-Royalty | $2,500.00 |
| 3. 2018 | National Conference of Bankruptcy | $6,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Federation Day Care Services - Salary |
| 2. 2018 | Ohev Shalom of Bucks County - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI | 9/20/18 to 9/21/18 | Washington, DC | Educational | hotel, travel |
| 2. | NCBJ | 10/27/18 to 10/21/18 | San Antonio, TX | Educational | hotel, travel |
| 3. | ABI | 2/9/18 | Washington, DC | Educational | hotel, travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA # 1 | D | Int./Div. | N | T | | | | | |
| 2. -Ameriprise Insured money market | A | Int./Div. | M | T | | | | | |
| 3. -SPDR S&P Bank ETF | A | Dividend | K | T | | | | | |
| 4. -Verizon Communications common | A | Dividend | | | Sold | 02/06/18 | J | | |
| 5. -Weyerhaeuser Company common | A | Dividend | J | T | | | | | |
| 6. -Cohen Steers Infrastructure Fund common | A | Dividend | J | T | Sold (part) | 02/06/18 | J | | |
| 7. -First Trust Dow Jones Internet ETF | | None | J | T | | | | | |
| 8. -Invesco Powershares DWA Basis Materials Momentum ETF | A | Int./Div. | J | T | | | | | |
| 9. -Raytheon Company common | A | Dividend | J | T | | | | | |
| 10. -Royal Caribbean Cruises LTD common | A | Dividend | J | T | | | | | |
| 11. -SPDR Series Trust S&P Homebuilders ETF | A | Int./Div. | J | T | | | | | |
| 12. -SPDR S&P Aerospace & Defense ETF | A | Int./Div. | J | T | | | | | |
| 13. -Waste Management common | A | Dividend | J | T | | | | | |
| 14. -VISA Inc common | A | Dividend | J | T | | | | | |
| 15. -Altria Group Inc | | | | | Buy | 01/05/18 | J | | |
| 16. | | | | | Sold | 02/09/18 | J | | |
| 17. -Anthem Inc | | | | | Buy | 01/05/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Biotelemetry Inc | | | | | Buy | 01/05/18 | J | | |
| 19. -Blackberry LTD | | | | | Buy | 01/05/18 | J | | |
| 20. | | | | | Sold | 02/02/18 | J | | |
| 21. -CBOE LTD | | | | | Buy | 01/05/18 | J | | |
| 22. | | | | | Sold | 02/06/18 | J | | |
| 23. -Caterpillar Inc | | | | | Buy | 01/05/18 | J | | |
| 24. | | | | | Sold (part) | 02/05/18 | J | | |
| 25. | | | | | Buy | 02/22/18 | J | | |
| 26. | | | | | Sold (part) | 02/28/18 | J | | |
| 27. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 28. -Dollar General Corp | | | | | Buy | 01/05/18 | J | | |
| 29. | | | | | Sold | 02/12/18 | J | | |
| 30. -Groupon Inc | | | | | Buy | 01/05/18 | J | | |
| 31. | | | | | Sold | 02/09/18 | J | | |
| 32. -Ishares Iboxx Invest Grade Corp Bond ETF | | | | | Buy | 01/05/18 | J | | |
| 33. -LGI Homes Inc | | | | | Buy | 01/05/18 | J | | |
| 34. | | | | | Sold | 01/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Nvidia Cord | | | | | Buy | 01/05/18 | J | | |
| 36. -Square Inc | | | | | Buy | 01/05/18 | J | | |
| 37. | | | | | Sold | 02/09/18 | J | | |
| 38. -Texas Instruments Inc | | | | | Buy | 01/05/18 | J | | |
| 39. | | | | | Sold | 02/08/18 | J | | |
| 40. -Thor Industries Inc | | | | | Buy | 01/05/18 | J | | |
| 41. | | | | | Sold | 01/26/18 | J | | |
| 42. -US Commodity Index Fund | | | | | Buy | 01/05/18 | J | | |
| 43. -US Foods Holding Corp | | | | | Buy | 01/05/18 | J | | |
| 44. -United Rentals Inc | | | | | Buy | 01/05/18 | J | | |
| 45. -Aetna Inc | | | | | Buy | 02/22/18 | J | | |
| 46. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 47. | | | | | Redeemed | 11/29/18 | J | | |
| 48. -CVS Health Corp | | | | | Merged (with line 45) | 12/06/18 | J | | |
| 49. -Burlington Stores Inc | | | | | Buy | 02/22/18 | J | | |
| 50. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 51. | | | | | Sold (part) | 03/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Citizens Financial Group Inc | | | | | Buy | 02/22/18 | J | | |
| 53. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 54. | | | | | Sold (part) | 03/01/18 | J | | |
| 55. -Cummins Inc | | | | | Buy | 02/22/18 | J | | |
| 56. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 57. | | | | | Sold (part) | 03/01/18 | J | | |
| 58. -Freeport McMoran Inc | | | | | Buy | 02/22/18 | J | | |
| 59. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 60. | | | | | Sold (part) | 03/02/18 | J | | |
| 61. -Home Depot | | | | | Buy | 02/22/18 | J | | |
| 62. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 63. | | | | | Sold (part) | 03/01/18 | J | | |
| 64. -Ishares S&P GSCI Commodity Index Trust | | | | | Buy | 02/22/18 | J | | |
| 65. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 66. -Ishares MSCI Eurozone ETF | | | | | Buy | 02/22/18 | J | | |
| 67. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 68. | | | | | Sold (part) | 03/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares Floating Rate Bond ETF | | | | | Buy | 02/22/18 | J | | |
| 70. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 71. -Ishares MSCI Japan ETF | | | | | Buy | 02/22/18 | J | | |
| 72. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 73. -Invesco Powershares DB Multi Sector Commodity Trust Base Metal Fund | | | | | Buy | 02/22/18 | J | | |
| 74. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 75. -Invesco Powershares Senior Loan Port ETF | | | | | Buy | 02/22/18 | J | | |
| 76. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 77. -Stamps.com Inc | | | | | Buy | 02/22/18 | J | | |
| 78. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 79. | | | | | Sold (part) | 02/26/18 | J | | |
| 80. -US Treasury Note w48 | A | Interest | J | T | | | | | |
| 81. -US Treasury Note v23 | A | Interest | J | T | | | | | |
| 82. -US Treasury Note k74 | A | Interest | J | T | | | | | |
| 83. -US Treasury Note un8 | A | Interest | J | T | | | | | |
| 84. -US Treasury Note v80 | A | Interest | J | T | | | | | |
| 85. -US Treasury Note u24 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -US Treasury Note m80 | A | Interest | J | T | | | | | |
| 87. -US Treasury Note v98 | A | Interest | J | T | | | | | |
| 88. -US Treasury Note u57 | A | Interest | J | T | | | | | |
| 89. -US Treasury Note w71 | A | Interest | J | T | | | | | |
| 90. -US Treasury Note n30 | A | Interest | J | T | | | | | |
| 91. -US Treasury Note m56 | A | Interest | J | T | | | | | |
| 92. IRA # 2 | B | Int./Div. | L | T | | | | | |
| 93. -Ameriprise Insured money market | A | Int./Div. | K | T | | | | | |
| 94. -Verizon Communications common | A | Dividend | | | Sold | 02/06/18 | J | | |
| 95. -Amazon common | | None | J | T | | | | | |
| 96. -Alcoa Upstream common | | | | | Buy | 01/05/18 | J | | |
| 97. | | | | | Sold | 02/08/18 | J | | |
| 98. -Ishares Intermediate Credit Bond ETF | A | Int./Div. | | | Buy | 01/05/18 | J | | |
| 99. -McDonalds common | | | | | Buy | 01/05/18 | J | | |
| 100. | | | | | Sold | 02/05/18 | J | | |
| 101. -Invesco Senior Loan Port ETF | A | Int./Div. | J | T | Buy | 01/05/18 | J | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CME Group common | A | Dividend | J | T | | | | | |
| 104. -Eagle Materials common | A | Dividend | | | Sold | 02/08/18 | J | | |
| 105. -3M Company common | A | Dividend | J | T | | | | | |
| 106. -US Treasury Note xb1 | A | Interest | J | T | | | | | |
| 107. -US Treasury Note j27 | A | Interest | J | T | | | | | |
| 108. -US Treasury Note x70 | A | Interest | J | T | | | | | |
| 109. Ameriprise Insured Money Market | A | Dividend | K | T | | | | | |
| 110. NJ Economic Dev Auth St Pension 2/15/21 Zero Coupon Bond | A | Interest | K | T | | | | | |
| 111. Align Technology Inc common | | None | J | T | | | | | |
| 112. Best of America IV Variable Rate Annuity | | | | | | | | | |
| 113. -NW NVIT Mny Mkt 1 | A | Int./Div. | J | T | | | | | |
| 114. -NW NVIT Muti Mgr Mdcap GR 1 | A | Int./Div. | J | T | | | | | |
| 115. -NW NVIT Mult Mgr Intl GR III | A | Int./Div. | J | T | | | | | |
| 116. -NW NVIT Real Est 1 | A | Int./Div. | K | T | | | | | |
| 117. TIAA 401a | | | | | | | | | |
| 118. -TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 119. -CREF Equity Index R3 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -CREF Bond Market R3 | A | Int./Div. | J | T | | | | | |
| 121.  -CREF Stock R3 | A | Int./Div. | J | T | | | | | |
| 122.  -CREF Stable Value | A | Int./Div. | J | T | | | | | |
| 123.  TD Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Michael B. | 06/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 45-48: CVS purchased Aetna

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544